UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

**Sixth Circuit Case No.:** 25-5016

**Case Name:** United States vs. LaQueston Goff

**Client's or Clients' Name(s):** (List all clients on this form, do not file a separate appearance form for each client.)

United States

☐ Appellant        ☐ Petitioner        ☐ Amicus Curiae        ☐ Criminal Justice Act
☑ Appellee         ☐ Respondent        ☐ Intervenor                    (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ☑

**Name:** Robert E. McGuire            **Admitted:** NA
(Sixth Circuit admission date only)

**Signature:** /s/Robert E. McGuire

**Firm Name:** United States Attorney's Office for the Middle District of Tennessee

**Business Address:** 719 Church Street

**Suite:** 3300        **City/State/Zip:** Nashville, TN 37203

**Telephone Number (Area Code):** 615-736-5151

**Email Address:** robert.mcguire@usdoj.gov

---

**CERTIFICATE OF SERVICE**

I certify that on Robert E. McGuire the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Robert E. McGuire

---

6ca-68
6/12